## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br><br>Plaintiff<br><br>vs.<br><br>Joseph M. Harsh<br><br>Defendant | CIVIL ACTION NO:<br><br>RE:<br>470 Embden Pond Road, Embden, ME 04958<br><br>Mortgage:<br>June 9, 2023<br>Book 6016, Page 87<br>Somerset County Registry of Deeds |

### AFFIDAVIT RELATING TO MILITARY SEARCH

I, Kristine M. Delgenio, hereby certify that on **August 13**, 2025 I searched the Department of Defense/Defense Manpower Data Center (DOD/DMDC) and found that the Defendant, Joseph M. Harsh, is not in the military. An affidavit as to the Defendant's military status will be filed with a Motion for Summary Judgment or at trial as Maine Courts accept such affidavits only at those times.

Dated: **August 13**, 2025

Kristine M. Delgenio
Paralegal

### COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                                                                 Dated this 13th day of August, 2025

COUNTY OF ESSEX

On this 13th day of August, 2025, before me, the undersigned notary public, personally appeared Kristine M. Delgenio, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

Michele B. D...
Notary Public

*Michele B. DiRuzza — My Commission Expires 09/14/2029 — Notary Public, Commonwealth of Massachusetts*

**EXHIBIT G**

Department of Defense Manpower Data Center  Results as of : Aug-13-2025 09:23:25 AM EDT

SCRA 5.25



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | |
| Birth Date: | |
| Last Name: | HARSH |
| First Name: | JOSEPH |
| Middle Name: | M |
| Status As Of: | Aug-13-2025 |
| Certificate ID: | 17JT35X2HSPW0FD |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

57917-6041-Alias