**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **CIVIL ACTION NO: 1:25-cv-00414-SDN** |
| **Plaintiff** | **JUDGMENT OF FORECLOSURE AND SALE** |
| **vs.** | **RE:**<br>**470 Embden Pond Road, Embden, ME 04958** |
| **Joseph M. Harsh** | **Mortgage:**<br>**June 9, 2023**<br>**Book 6016, Page 87** |
| **Defendant** | |

**JUDGMENT OF FORECLOSURE AND SALE**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on July 9, 2026. Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, was present and represented by Reneau J. Longoria, Esq. Defendant, Joseph M. Harsh, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, and Count IV – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") the amount adjudged due and owing ($187,685.97) within 90 days of the date of the Judgment, as that time period is calculated in

accordance with 14 M.R.S.A. § 6322, NewRez shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $151,886.70 |
| Interest at 6.25% to 7/9/2026 | $19,193.98 |
| Escrow Balance at Loan Transfer | ($362.40) |
| Pre-Accelerated Late Charges | $91.30 |
| Insurance | $6,951.58 |
| Taxes | $3,952.79 |
| Corporate Advances | $8,991.70 |
| Subtotal | $190,705.65 |
| Credits | ($3,019.68) |
| Grand Total | $187,685.97 |

2. If the Defendant or his/her heirs or assigns do not pay NewRez the amount adjudged due and owing ($187,685.97) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Embden Property shall terminate, and NewRez shall conduct a public sale of the Embden Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $187,685.97 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. NewRez may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.
3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, NewRez may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.
4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification

after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $187,685.97.

6. NewRez LLC d/b/a Shellpoint Mortgage Servicing has first priority, in the amount of $187,685.97, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

7. The prejudgment interest rate is 6.25000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 9.5%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2025, 3.5% plus 6% for a total post-judgment interest rate of 9.5%).

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Suite 10<br>Mail Stop 005<br>Greenville, SC 29601 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Joseph M. Harsh<br>470 Embden Pond Road<br>Embden, ME 04958 | Pro Se/Defaulted |

a) The docket number of this case is No. 1:25-cv-00414-SDN.

b) The Defendant, the only parties to these proceedings besides NewRez, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 470 Embden Pond Road, Embden, ME 04958, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 470 Embden Pond Road, Embden, ME 04958. The Mortgage was executed by the Defendant, Joseph M. Harsh on June 9, 2023. The book and page number of the Mortgage in the Somerset County Registry of Deeds is Book 6016, Page 87.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 470 Embden Pond Road, Embden, ME 04958.

**SO ORDERED**

**DATED: October 16, 2026**

/s/ Stacey D. Neumann
**U.S. DISTRICT JUDGE**

**Exhibit A - Property Description**

**Borrower(s):** **Joseph M. Harsh**

**Property Address:** **470 Embden Pond Road, Embden, ME 04958**

A certain lot or parcel of land with any buildings thereon, situated in said Embden, County of Somerset and State of Maine, bounded and described as follows, to wit:

Starting at an iron stake at the southeast corner of land now or formerly owned by Dwight Barren on the Embden Pond Road, so-called, and running in a westerly direction two hundred ninety (290') feet along the south line of said Dwight Barron lot to a stake in the ground; thence running in a southerly direction parallel with the road four hundred (400') feet to an iron stake in the ground; thence running in an easterly direction two hundred ninety (290') feet parallel with said Dwight Barren's south line to an iron stake in the ground; thence running in a northerly direction four hundred (400') feet along said Embden Pond Road to the point of beginning.

Excepting from the above described premises an easement to the Madison-Anson Water District dated April 14, 1948 and recorded in the Somerset County Registry of Deeds in Book 500, Page 99.

Also excepting a taking by the State of Maine dated July 11, 1977 and recorded in said Registry in Book 873, Page 692 for road slopes and drainage rights.